**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| [1] GARY HOLLINGSHED,<br>[2] TARA HOLLINGSHED,<br>[3] N.H. BY AND THROUGH GARY<br>and TARA HOLLINGSHED<br><br>             Plaintiffs,<br>vs.<br><br>[1] NOWATA PUBLIC SCHOOLS,<br>[2] BOARD OF EDUCATION OF<br>INDEPENDENT SCHOOL DISTRICT #40<br>[3] Chris Tanner, Superintendent<br>[4] Tracy Mitchell, Clerk, and<br>[5] Robert Gregston, SPED Director<br>[6] James Sexson, Middle School Principal<br>[7] Bron Williams, High School Principal<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:21-cv-00088-JFH-CDL<br>)<br>)<br>)<br>)<br>)  Jury Trial Demanded<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Come now the Plaintiffs, Gary Hollingshed, Tara Hollingshed, and N.H. by and through Gary Hollingshed and Tara Hollingshed in conformity with FRCVP 41(a)(1)(A)(i) and dismiss without prejudice their Complaint [ Dkt #1] as Amended [Dkt #10] against all Defendants.

Dated this 10thday of May, 2021.

                              **GIBBS ARMSTRONG BOROCHOFF, P.C**


                              /s/ George E. Gibbs
                              George Gibbs, OBA #11843
                              Harlan S. Pinkerton, Jr., OBA #7164
                              601 South Boulder Ave., Suite 500
                              Tulsa, OK  74119

        Telephone:  (918) 587-3939
        Facsimile:   (918) 582-5504
        ggibbs@gablawyers.com
        hpinkerton@gablawyers.com

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF DELIVERY

I hereby certify that on May 10, 2021, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, to:

Kent B. Rainey – borainey@rfrlaw.com
M. Scott Major – scottmajor@rfrlaw.com
Emily C. Krukowski – ekrukowski@rfrlaw.com

Attorneys for Defendants

        s/ <u>Harlan S. Pinkerton, Jr.</u>
          Harlan S. Pinkerton, Jr.